

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| RICHARD E. BOGGS,<br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES; PETER RAE, and<br>coworkers et. al., as individuals; and<br>INTERNAL REVENUE SERVICE,<br>　　　　　Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 3:18-3506-MGL-SVH |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

Petitioner Richard E. Boggs (Boggs) filed this petition for a writ of mandamus with the Court in December 2018. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting the Court deny his motion for a temporary restraining order (TRO). The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 8, 2019, but Boggs failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Boggs's motion for a TRO is **DENIED**.

**IT IS SO ORDERED**.

Signed this 7th day of March, 2019, in Columbia, South Carolina.

                                             s/ Mary Geiger Lewis
                                             MARY GEIGER LEWIS
                                             UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.